UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : **ORDER** |
| v. | : |
| | : |
| ROBERT JOSEPH HORVOT | : Crim. No. 06-81 (JEI) |

This matter having been opened to the Court upon the application of Defendant Robert Joseph Horvot ("Defendant"), seeking early termination of the three-year term of supervised release imposed in connection with Defendant's sentence after his conviction on a single-count Information, Crim. No. 06-81; and the Court having considered the letter response filed by the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), and the Court having considered the factors set forth in Title 18, United States Code, Sections 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), as required under Title 18, United States Code, Section 3583(e), and the Court having concluded that early termination of Defendant's supervised release is not warranted by Defendant's conduct or in the interest of justice; and for good cause shown,

IT IS on this 8th day of April, 2010

**ORDERED** that, Defendant's letter request seeking early termination of his three-year term of supervised release shall be and hereby is **DENIED**; and it is further,

**ORDERED** that, Defendant shall continue to comply with all requirements imposed as conditions of Defendant's supervised release term.

_____
HONORABLE JOSEPH E. IRENAS
United States District Judge